| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | JOSEPH E. SPRINGSTEEN (DCBN 474317)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7168 |
| 7 | FAX: (415) 436-7234<br>Joseph.Springsteen@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 18-CR-00600 WHA |
| Plaintiff, | )<br>) | STIPULATION TO CONTINUE HEARING AND<br>EXCLUDE TIME FROM MARCH 26, 2019, TO |
| v. | ) | APRIL ~~2~~ 9, 2019, AND ~~[PROPOSED]~~ ORDER |
| MICHAEL SHIFERAW and<br>MERON SHIFERAW, | )<br>)<br>) | |
| Defendants. | ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendants, Michael Shiferaw and Meron Shiferaw, that the status hearing currently scheduled for March 26, 2019, be continued until April 2, 2019, and that time be excluded under the Speedy Trial Act from March 26, 2019, through April 2, 2019.

The above-captioned matter is currently set for trial setting or change of plea on March 26, 2019, and the Court has excluded time under the Speedy Trial Act through that date. Counsel for the government was unexpectedly out of the office most of the week of March 18, and accordingly, the parties request an additional week in anticipation of negotiating a pretrial resolution. For this reason, the parties move to continue the hearing set for March 26, 2019, to April 2, 2019. The parties stipulate and

STIPULATION TO CONT. AND EXCLUDE TIME AND ~~[PROPOSED]~~ ORDER
Case No. 18-CR-00600 WHA                                              v. 7/10/2018

agree that excluding time until April 2, 2019, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from March 26, 2019, through April 2, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:                                         /s/
                                               JOSEPH E. SPRINGSTEEN
                                               Assistant United States Attorney

DATED:                                         /s/
                                               CANDIS MITCHELL
                                               Assistant Federal Public Defender
                                               Counsel for Defendant Michael Shiferaw

DATED:                                         /s/
                                               W. DOUGLAS SPRAGUE
                                               Counsel for Defendant Meron Shiferaw

**[PROPOSED]** ORDER

IT IS HEREBY ORDERED that the trial setting or change of plea hearing currently set for March 26, 2019, is continued until April ~~2~~ 9, 2019.

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from March 26, 2019, through April ~~2~~ 9, 2019, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 26, 2019, to April ~~2~~ 9, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS FURTHER ORDERED that the time from March 26, 2019, through April ~~2~~ 9, 2019, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: March 25, 2019



IT IS SO ORDERED AS MODIFIED
Judge William Alsup

STIPULATION TO CONT. AND EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 18-CR-00600 WHA                                             v. 7/10/2018