DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JOSEPH E. SPRINGSTEEN (DCBN 474317)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7168
    FAX: (415) 436-7234
    Joseph.Springsteen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00600 WHA SK |
| Plaintiff, | DETENTION ORDER |
| v. | |
| MICHAEL SHIFERAW, | |
| Defendant. | |

On January 17, 2019, defendant Michael Shiferaw was charged by Superseding Indictment with two counts of bank robbery, in violation of Title 18, United States Code, § 2113(a).

This matter came before the Court on April 1, 2019, for a bond review hearing. The defendant was present and represented by Candis Mitchell. Assistant United States Attorney Joseph E. Springsteen appeared for the government. The government moved for revocation of the defendant's bond, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention and bond revocation.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the

defendant must be detained pending trial in this matter, and the bond previously issued in this matter is revoked.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following finding as the basis for its conclusion: that on March 20, 2019, while on pretrial release in the above-captioned case, the defendant robbed a Bank of America branch at 5500 Geary Boulevard in San Francisco. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: May 30, 2019 (*nunc pro tunc* to April 2, 2019)



HONORABLE SALLIE KIM
United States Magistrate Judge