UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 3, 2019     **Time in Court:** 30 minutes    **Judge:** WILLIAM ALSUP

**Case No.:** 18-cr-00600-WHA-1    **Case Name:** USA v. Michael Shiferaw

**Attorney for United States of America:** Alexandra Shepard
**Attorney for Defendant:** Candis Mitchell

**Defendant:** [x] PRESENT   [ ] NOT PRESENT
**Defendant's Custodial Status:** [x] In Custody   [ ] Not In Custody

**Deputy Clerk:** Theresa Hoang            **Court Reporter:** Belle Ball
**Interpreter:** n/a                       **Probation Officer:** Jill Spitalieri

### PROCEEDINGS

Sentencing – HELD

### RESULT OF HEARING

Defendant is committed to the custody of Bureau of Prisons for a term of 37 months. This term consists of 37 months on each of Counts 2 and 3, all counts to be served concurrently. Defendant shall be placed on supervised release for a term 3 years. This term consists of 3 years on each of Counts 2 and 3, all terms to run concurrently. A special assessment fee of $200 is imposed. Fine waived. Restitution ordered in amount of $25,202, of which $21,100 to be made jointly and severally. See Judgment for special conditions.

Government moves to dismiss Count 1 of Second Superseding Indictment – GRANTED. Defendant remanded to custody